UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------- x
JEFFREY D. HALL,
Derivatively on Behalf of TETRAGON FINANCIAL
GROUP LIMITED,

                Plaintiff,

                vs.

READE GRIFFITH, PATRICK DEAR, BYRON KNIEF,
GREVILLE V.B. WARD, RUPERT DOREY, DAVID
JEFFREYS, JEFF HERLYN, MICHAEL ROSENBERG,
DAVID WISHNOW, TETRAGON FINANCIAL
MANAGEMENT LP, TETRAGON FINANCIAL
MANAGEMENT GP LLC, POLYGON CREDIT HOLDINGS
LTD. and POLYGON CREDIT HOLDINGS II LTD.,

                Defendants,

   - and -

TETRAGON FINANCIAL GROUP LIMITED, a Guernsey
corporation,

                Nominal Defendant.
---------------------------------------------------------------------------- x

Case No. 13-cv-5791 (RJS)

**Notice of Appearance**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel of record for defendants Reade Griffith, Patrick Dear, Tetragon Financial Management LP, Tetragon Financial Management GP LLC, Polygon Credit Holdings Ltd., and Polygon Credit Holdings II Ltd. in the above-captioned action. I certify that I am admitted to practice in this Court.

WACHTELL, LIPTON, ROSEN & KATZ

By: _____
Bradley R. Wilson (BW-6409)
51 West 52nd Street
New York, NY  10019-6150
Telephone:  (212) 403-1000
Fax:  (212) 403-2000
Email:  BRWilson@wlrk.com

*Attorneys for defendants Reade Griffith, Patrick Dear, Tetragon Financial Management LP, Tetragon Financial Management GP LLC, Polygon Credit Holdings Ltd., and Polygon Credit Holdings II Ltd.*

September 4, 2013