UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------- x
JEFFREY D. HALL,
Derivatively on Behalf of TETRAGON FINANCIAL
GROUP LIMITED,

                  Plaintiff,

       vs.

READE GRIFFITH, PATRICK DEAR, BYRON KNIEF, GREVILLE V.B. WARD, RUPERT DOREY, DAVID JEFFREYS, JEFF HERLYN, MICHAEL ROSENBERG, DAVID WISHNOW, TETRAGON FINANCIAL MANAGEMENT LP, TETRAGON FINANCIAL MANAGEMENT GP LLC, POLYGON CREDIT HOLDINGS LTD. and POLYGON CREDIT HOLDINGS II LTD.,

                  Defendants,

      - and -

TETRAGON FINANCIAL GROUP LIMITED, a Guernsey corporation,

                  Nominal Defendant.
---------------------------------------------------------------------------- x

Case No. 13-cv-5791

## CERTIFICATE OF SERVICE

       I, Jasand Mock, hereby certify that on September 4, 2013, I caused true and correct copies of the Notice of Appearance of Bradley R. Wilson as counsel of record for defendants Reade Griffith, Patrick Dear, Tetragon Financial Management LP, Tetragon Financial Management GP LLC, Polygon Credit Holdings Ltd., and Polygon Credit Holdings II Ltd. to be served by e-mail and U.S. Mail upon:

ROBBINS GELLER
RUDMAN & DOWD LLP
Samuel H. Rudman
58 South Service Road, Suite 200
Melville, NY 11747
Tel: (631) 367-7100
Fax: (631) 367-1173
Email: srudman@rgrdlaw.com
David A. Rosenfeld drosenfeld@rgrdlaw.com

ROBBINS GELLER
RUDMAN & DOWD LLP
Darren J. Robbins
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Tel: (619) 231-1058
Fax: (619) 231-7423
Email: darrenr@rgrdlaw.com
Randall Barron randyb@rgrdlaw.com
A. Rick Atwood ricka@rgrdlaw.com
Brian E. Cochran bcochran@rgrdlaw.com

CRAVATH, SWAINE & MOORE LLP
Karen A. DeMasi
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1059
Fax: (212) 474-3700
Email: kdemasi@cravath.com
Rebecca Rettig rrettig@cravath.com
Matthew Boggess mboggess@cravath.com

FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
Israel David
One New York Plaza
New York, NY 10004
Tel: (212) 859-8000
Fax: (212) 859-4000
Email: israel.david@friedfrank.com

SIMPSON THACHER & BARTLETT LLP
Joseph M. McLaughlin
425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-2000
Fax: (212) 455-2502
Email: jmclaughlin@stblaw.com
Noah M. Leibowitz nleibowitz@stblaw.com
Elizabeth Warnick ewarnick@stblaw.com

By: _____
Jasand Mock (JM-1634)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY  10019
Tel:  (212) 403-1000
Email: JMock@wlrk.com