UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-4-13
```

OMEGA OVERSEAS PARTNERS, LTD., *derivatively on behalf of Tetragon Financial Group Limited*

　　　　　　　　　　　Plaintiff,

-v-

READE GRIFFITH, *et al.*,

　　　　　　　　　　　Defendants.

No. 13 Civ. 4202 (RJS)
ORDER

JEFFREY D. HALL, *derivatively on behalf of Tetragon Financial Group Limited*

　　　　　　　　　　　Plaintiff,

-v-

READE GRIFFITH, *et al.*,

　　　　　　　　　　　Defendants.

No. 13 Civ. 5791 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

　　On September 4, 2013, the Court held a conference to discuss Defendants' requests to consolidate the two above-captioned cases, to adjourn the deadline for their answer to the Complaint in *Hall*, and to make a motion to compel discovery. For the reasons discussed at the September 4 conference, IT IS HEREBY ORDERED THAT *Hall v. Griffith*, No. 13 Civ. 5791 (RJS), is dismissed. Plaintiffs shall file an amended complaint in *Omega Overseas Partners* no later than September 11, 2013. IT IS FURTHER ORDERED THAT Defendants shall file their motion to compel discovery no later than September 13, 2013. Plaintiffs shall submit any

response by September 20, 2013. IT IS FURTHER ORDERED THAT all discovery in the above-captioned cases and all future related cases is stayed pending the disposition of the motion to compel. IT IS FURTHER ORDERED THAT Defendants' deadline to answer the forthcoming amended complaint is stayed pending the disposition of the motion to compel.

SO ORDERED.

Dated:	September 4, 2013
	New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE