```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-4-13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
JEFFREY D. HALL, Derivatively on Behalf of : Civil Action No. 13-cv-05791-RJS
TETRAGON FINANCIAL GROUP          :
LIMITED,                          : DERIVATIVE ACTION
                                  :
                    Plaintiff,    : ORDER FOR ADMISSION *PRO HAC VICE*
                                  :
    vs.                           :
                                  :
READE GRIFFITH, et al.,           :
                                  :
                    Defendants,   :
                                  :
    – and –                       :
                                  :
TETRAGON FINANCIAL GROUP          :
LIMITED, a Guernsey corporation,  :
                                  :
            Nominal Defendant.    :
                                  :
———————————————————— x

869719_1

The motion of Brian E. Cochran for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of California; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Brian E. Cochran |
| Firm Name: | Robbins Geller Rudman & Dowd LLP |
| Address: | 655 West Broadway, Suite 1900 |
| | San Diego, CA 92101-3301 |
| Telephone/Fax: | 619/231-1058 |
| | 619/231-7423 (fax) |
| E-mail: | BCochran@rgrdlaw.com |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Jeffrey D. Hall in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

\*   \*   \*

**ORDER**

IT IS SO ORDERED.

DATED: 9/3/13

_____
THE HONORABLE RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

- 1 -

869719_1